

# United States District Court

Western District of Pennsylvania
U.S. Courthouse
700 Grant Street, Suite 7280
Pittsburgh, Pennsylvania 15219

Arthur J. Schwab
U.S. District Judge

Chambers
(412) 208-7423



June 21, 2007

The Honorable Ortrie D. Smith
Chair
Judicial Conference of the United States
  Committee on Financial Disclosure
One Columbus Circle, NE
Washington, DC 20544

RECEIVED
2007 JUN 26 A 11: 16
FINANCIAL DISCLOSURE OFFICE

Dear Judge Smith:

Thank you for your advice in your letter of June 13, 2007, in paragraph 2.

As to your request in paragraph 3 thereof, the three (3) mutual funds referenced in my 2006 Report were part of my holdings in my prior law firm's Retirement Plan. On or about July 14, 2006, I closed and rolled-over the value into my existing IRA No. 1 - - by directing the Retirement Plan administrator to effect the rollover. Sometime thereafter, the Retirement Plan assets were liquidated and the value thereof was rolled-over into IRA No. 1. So the total value of Retirement Plan No. 1 at the end of the reporting period (12/31/06) was $0 on the 2006 Report. For your information, the value of the amount rolled-over was Value Code N (see line 23), and the value of said amount was approximately $1,000.00 less than the start of the year (gain code A - see line 23). Because of the nature of the rollover, I do not believe I can determine the gain/loss of each mutual fund in the Retirement Fund between 1/1/06 and about 7/14/06. Hopefully the disclosure of the total gain/loss was a "loss" of less than $1,000.00 will be sufficient.

This transaction is a one time event since all IRAs/Retirement Plans are now combined into Rollover IRA No. 1; and how the transferred funds were allocated in IRA No. 1 is disclosed on lines 2, 8-12, and 14-21.

Very truly yours,



s District Judge

| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Schwab, Arthur J | 2. Court or Organization Western District of Pennsylvan | 3. Date of Report 05/01/2007 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge-Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
|---|---|---|

| 7. Chambers or Office Address U.S. Courthouse 700 Grant Street, Suite 7280 Pittsburgh, PA 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Part-time Professor (evening course) | Grove City College |
| 2. Trustee and Secretary (non-compensated) | Grove City College |
| 3. Faculty member (non-compensated) | University of Virginia School of Law - Trial Advocacy Program |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 07/11/91 | Single life annuity through a life insurance company through prior employer, Reed Smith LLP, beginning monthly on 01/01/2012. |
| 2. 2006 | Grove City College - Part-time Professor - evening course- intellectual property law (compensation is within the applicable judicial guidelines) |
| 3. | |

FINANCIAL DISCLOSURE OFFICE  2007 MAY -7 A 10: 09  RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J | 05/01/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Grove City College - teaching | $ 12,500 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | University of Virginia, School of Law | 01/05/06 to 01/08/06, Charlottesville, VA, 25th Annual UVA Trial Advocacy Program (mileage, tolls) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J | 05/01/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ROLLOVER IRA NO. 1: | E | Dividend | P1 | T | | | | | |
| 2. -SPDR Trust Unit Ser 1 (S&P 500 Index Fund) | | | | | Buy | 11/17 | K | | |
| 3. -Blackrock Funds Core Bond Total Return Fund | | | | | | | | | |
| 4. -Fidelity Gov't Money Market | | | | | | | | | |
| 5. -Riverfront Capital Fund (A) See VIII | | | | | | | | | |
| 6. -Baron Small Cap Fund | | | | | | | | | |
| 7. -Artisan Small Cap Value | | | | | | | | | |
| 8. -Calamos Growth Fund | | | | | Buy | 10/05 | J | | |
| 9. -T Rowe Price Mid Cap Value | | | | | Buy | 10/05 | J | | |
| 10. -Harbor International Fund | | | | | Buy | 08/07 | K | | |
| 11. -Dodge & Cox Int'l Fund | | | | | Buy | 10/05 | L | | |
| 12. -Artisan International Fund | | | | | Buy | 08/07 | K | | |
| 13. -Union Pacific Corporation | | | | | | | | | |
| 14. -IShares Emerging Mkts | | | | | Buy | 08/07 | J | | |
| 15. -IShares US Treasury | | | | | Buy | 08/07 | K | | |
| 16. -Artisan International Fund | | | | | Buy | 07/27 | K | | |
| 17. -Calamos Growth Fund | | | | | Buy | 07/27 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -Harbor International Fund | | | | | Buy | 07/27 | K | | |
| 19.   -TRowe Price Mid Cap | | | | | Buy | 07/27 | J | | |
| 20.   -Artisan International Fund | | | | | Buy | 05/22 | J | | |
| 21.   -Harbor International Fund | | | | | Buy | 05/22 | J | | |
| 22.   -SPDR Trust Unit Series 1 | | | | | Sale | 05/22 | K | C | |
| 23.   RETIREMENT PLAN NO. 1:<br>closed/rollover to IRA No. 1 7/14/06 | B | Dividend | J | T | Sale | 07/14 | N | A | |
| 24.   IRA NO. 2 ███ | A | Dividend | K | T | | | | | |
| 25.   -Fidelity Spartan 500 Index | | | | | Sell | 09/29 | K | B | |
| 26.   -Dodge & Cox Int'l Stk Fund | | | | | Buy | 10/17 | J | | |
| 27.   -Fidelity Money Mkt | | | | | Buy | 10/02 | J | | |
| 28.   -IShares Mid Cap Index | | | | | Buy | 10/17 | J | | |
| 29.   -IShares Russell Index | | | | | Buy | 10/17 | J | | |
| 30.   -SPDR Trust Unit | | | | | Buy | 11/14 | J | | |
| 31.   RIVERFRONT CAPITAL FUND (B) See<br>VIII | D | Distribution | K | U | | | | | |
| 32.   INVESTMENT ACCOUNT NO. 1 | A | Dividend | J | T | | | | | |
| 33.   -Vanguard 500 Index Fund | A | Dividend | J | T | Sale | 01/03 | K | A | |
| 34.   -Vanguard Tax-Exempt Money Market | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Mid-Cap Index Fund | A | Dividend | J | T | Sale | 01/03 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J | 05/01/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART 2: Parties and Terms re: Grove City College, cntd . . . (started part-time teaching on 01/21/02).

PART 7: Investments and Trusts, cntd . . . (Limited Partnership with investment in CENTRIA). I have no management responsibilities therein -- solely passive investment.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _1 May 2007_

NOTE: AN̶ ̶ ̶LS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIM̶

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544